Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Deverie Christensen, Bar No. 6596
christensend@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLATTERY,<br><br>    Plaintiff,<br><br>    v.<br><br>STERLING INFOSYSTEMS, INC., a foreign corporation,<br><br>    Defendant. | Case No. 2:12-cv-01515-MMD-NJK<br><br>**STIPULATION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 19th day of February, 2013.

| JACKSON LEWIS LLP | CONSUMER & EMPLOYMENT LAW CENTER OF WISC. |
|---|---|
| /s/ Deverie J. Christensen | /s/ Gordon R. Leech |
| Elayna J. Youchah<br>Deverie J. Christensen<br>3800 Howard Hughes Pkwy., Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* | Gordon R. Leech<br>4701 N. Port Washington Rd., Suite 101<br>Milwaukee, Wisconsin 53212<br><br>Craig B. Friedberg<br>4760 South Pecos Road<br>Suite 103<br>Las Vegas, Nevada 89121<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
Judge/~~Magistrate~~, U.S. District Court

Dated: February 19, 2013